**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-1472**

_____

HARRY E. MOORE,

Petitioner,

versus

U.S. STEEL MINING CO., INC.; DIRECTOR, OFFICE
OF WORKERS' COMPENSATION PROGRAMS, UNITED
STATES DEPARTMENT OF LABOR,

Respondents.

_____

On Petition for Review of an Order of the Benefits Review Board.
(BRB 02-0384-BLA, 98-BLA-00585)

_____

Submitted: July 10, 2003          Decided: July 15, 2003

_____

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Harry E. Moore, Petitioner Pro Se.  Howard Gerald Salisbury, Jr.,
KAY, CASTO & CHANEY, Charleston, West Virginia; Rita A. Roppolo,
Christian P. Barber, UNITED STATES DEPARTMENT OF LABOR, Washington,
D.C., for Respondents.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Harry E. Moore seeks review of the Benefits Review Board's decision and orders affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901-945 (2000), and denying reconsideration. Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. See Moore v. United States Steel Mining Co., No. 02-384-BLA; 98-BLA-00585 (BRB Mar. 12, 2003; Oct. 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2